# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2015

151369 & (38)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SUSAN H. FARR, CAROLYN D. SCHUTTLER,
and BYRON PRANGE,
    Plaintiffs,
and

TRACY LEE,
    Plaintiff-Appellee,

v

ST. JOHNS PUBLIC SCHOOLS,
    Defendant-Appellant,
and

ST. JOHNS BOARD OF EDUCATION,
    Defendant.
_____/

SC: 151369
COA: 319236
Clinton CC: 12-011074-CD

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs to any party.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2015

